IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RODERICK FRANKLIN, Individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FULTON COUNTY,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:22-CV-1611-VMC |

## ORDER

The parties having jointly moved to approve their Settlement Agreement in this wage and hour action, upon review of the same and consideration of its adequacy and consistency in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court concludes: (1) the terms of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel, and (2) the terms of the Settlement Agreement are fair and reasonable.

THEREFORE, the Court **GRANTS** the Parties' Joint Motion to Approve Settlement and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action. Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE** and the Clerk is **DIRECTED** to close the case.

[1]

[2]

**IT IS SO ORDERED** this 15th day of December, 2022.

                                               Hon. Victoria M. Calvert
                                               United States District Judge